IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROLYN JEAN ROBBINS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 301CV1867 CFD |
| | ) | |
| v. | ) | |
| | ) | |
| MCKESSON GENERAL MEDICAL CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION OF DISMISSAL
### (FROM ENTIRE ACTION WITH PREJUDICE AND WITHOUT COSTS)

IT IS HEREBY STIPULATED by and among the parties to this action, through their respective counsel, that this action is hereby dismissed with prejudice and without costs pursuant to Federal Rule of Civil Procedure 41. This dismissal is intended to dismiss this case in its entirety, including any remaining claims and cross claims.

Dated: 3-8-04

By: /s/ David F. Bander
David F. Bander, Esquire
One Longfellow Place
Suite 3807
Boston, MA 02114
Attorney for Plaintiff,
Carolyn Jean Robbins

By: /s/ T. Christopher Tuck
T. Christopher Tuck, Esquire
Richardson, Patrick, Westbrook & Brickman
1037 Chuck Dawley Blvd., Building A
P.O. Box 1007
Mount Pleasant, SC 29464
Attorney for Plaintiff,
Carolyn Jean Robbins

Stipulation of Dismissal for Carolyn Robbins
Page Two

Dated: _____         By: _____
                                William J. O'Brien, Esquire
                                Delaney & O'Brien
                                Constitution Place
                                325 Chestnut Street, Suite 1212
                                Philadelphia, PA 19106
                                Attorneys for Defendants,
                                McKesson General Medical Corporation

2

Stipulation of Dismissal for Carolyn Robbins
Page Three

Dated: 5/15/03                By: _____
                              Karen Shichman Crawford, Esquire
                              Buchanan Ingersoll Professional Corporation
                              One Oxford Centre
                              301 Grant Street, 20th Floor
                              Pittsburgh, PA 15219-1410
                              Attorneys for Defendants,
                              LIG, Inc., n/k/a SSL Americas

3

Stipulation of Dismissal for Carolyn Robbins
Page Four

Dated: 3/8/04                              By: _____
                                           Jennifer S. Boynton, Esquire
                                           Pharr & Boynton, PLLC
                                           627 Coliseum Drive
                                           Winston-Salem, NC 27106
                                           Attorney for Defendants,
                                           Satari Corporation

4

Stipulation of Dismissal for Carolyn Robbins
Page Five

Dated: 6/3/03          By: *Christy J. Benton*
                           Jeffrey Singer, Esquire
                           Christy J. Benton, Esq.
                           Segal, McCambridge, Singer & Mahoney, Ltd.
                           One IBM Plaza, Suite 200
                           330 North Wabash
                           Chicago, IL 60611
                           Attorneys for Defendants,
                           Safeskin Corporation

Stipulation of Dismissal for Carolyn Robbins
Page Six

Dated: _____6/13/03_____    By: _____[signature]_____
Brian S. Westenberg, Esquire
Miller, Canfield, Paddock & Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI 48098-6358
Attorneys for Defendants,
Bergen Brunswig Medical Corporation

6

Stipulation of Dismissal for Carolyn Robbins
Page Six

Stipulation of Dismissal for Carolyn Robbins
Page Seven

Dated: 5/19/03                    By: _____
                                  Barry M. Epstein, Esquire
                                  Beth S. Rose, Esquire
                                  Sills, Cummis, Zuckerman, Radin,
                                  Tischman, Epstein & Gross, P.A.
                                  One Riverfront Plaza
                                  Newark, NJ 07102-5400
                                  Attorneys for Defendants,
                                  Becton Dickinson and Company

7

Stipulation of Dismissal for Carolyn Robbins
Page Eight

**IT IS SO ORDERED.**

Dated:_____          _____
                                                    Judge