IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROLYN JEAN ROBBINS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 301CV1867 CFD |
| | ) | |
| v. | ) | |
| | ) | |
| MCKESSON GENERAL MEDICAL | ) | |
| CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**
**(FROM ENTIRE ACTION WITH PREJUDICE AND WITHOUT COSTS)**

IT IS HEREBY STIPULATED by and among the parties to this action, through their respective counsel, that this action is hereby dismissed with prejudice and without costs pursuant to Federal Rule of Civil Procedure 41. This dismissal is intended to dismiss this case in its entirety, including any remaining claims and cross claims.

Dated: 5/28/04

By: _____
Thomas P. Cella, Esquire
Howard, Kohn, Sprague & Fitzgerald
237 Buckingham Street
Hartford, CT 06126-1798
Attorney for Plaintiff,
Carolyn Jean Robbins

By: _____
T. Christopher Tuck, Esquire
Richardson, Patrick, Westbrook & Brickman
1037 Chuck Dawley Blvd., Building A
P.O. Box 1007
Mount Pleasant, SC 29464
Attorney for Plaintiff,
Carolyn Jean Robbins

Stipulation of Dismissal for Carolyn Robbins
Page Two


Dated:_____          By:_____
                                  William J. O'Brien, Esquire
                                  Delaney & O'Brien
                                  Constitution Place
                                  325 Chestnut Street, Suite 1212
                                  Philadelphia, PA 19106
                                  Attorneys for Defendants,
                                  McKesson General Medical Corporation

Stipulation of Dismissal for Carolyn Robbins
Page Four


Dated:___6/7/04___          By:_____
                            Jennifer B. Boynton, Esquire
                            Pharr & Boynton, PLLC
                            627 Coliseum Drive
                            Winston-Salem, NC  27106
                            Attorney for Defendants,
                            Satari Corporation


4

Stipulation of Dismissal for Carolyn Robbins
Page Five


Dated: 6/7/04                        By: *Christy J. Benton*

Jeffrey Singer, Esquire
Christy J. Benton, Esquire
Segal, McCambridge, Singer & Mahoney, Ltd.
One IBM Plaza, Suite 200
330 North Wabash
Chicago, IL 60611
Attorneys for Defendants,
Safeskin Corporation

Stipulation of Dismissal for Carolyn Robbins
Page Six

Dated:  6/10/04          By: _____

Brian S. Westenberg, Esquire
Miller, Canfield, Paddock & Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI 48098-6358
Attorneys for Defendants,
Bergen Brunswig Medical Corporation

6

Stipulation of Dismissal for Carolyn Robbins
Page Seven


Dated: 6/30/2004                    By: _____

                                    Barry M. Epstein, Esquire
                                    Beth S. Rose, Esquire *Andrew W. Schwarz*
                                    Sills, Cummis, Zuckerman, Radin,
                                    Tischman, Epstein & Gross, P.A.
                                    One Riverfront Plaza
                                    Newark, NJ 07102-5400
                                    Attorneys for Defendants,
                                    Becton Dickinson and Company

7

Stipulation of Dismissal for Carolyn Robbins
Page Eight

**IT IS SO ORDERED.**

Dated:_____        _____
                                     Judge